**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

In re JOSEPH EDWARD KLOIAN,

    Debtor,                                       Case No. 07-CV-11504-DT
                                                          Bank No. 99-51514-wsd

                                                    /

**ORDER OF DISMISSAL**

On April 25, 2007, the court issued an order to show cause directing Debtor Joseph Edward Kloian to respond in writing no later than May 4, 2007. Specifically, the court required Debtor to show cause why his notice of appeal should not be dismissed because it did not originate from his guardian ad litem. Debtor filed no response. Accordingly,

IT IS ORDERED that the "Notice of Appeal" [Dkt. # 1] is DISMISSED.

                                                     S/Robert H. Cleland
                                                     ROBERT H. CLELAND
                                                     UNITED STATES DISTRICT JUDGE

Dated: May 8, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 8, 2007, by electronic and/or ordinary mail.

                                                   S/Lisa Wagner
                                                   Case Manager and Deputy Clerk
                                                   (313) 234-5522